IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| EnRe L.P., | § § | Bankr. Cause No. 02-21354-C11 |
| Debtor. | § § § | |
| BENGAL ENERGY, L.P., | § § § | |
| Appellant, | § § | |
| v. | § § | Civil No. 04-557 |
| REORGANIZED ENRE and FOREST OIL CORPORATION, | § § § § | |
| Appellees. | § | |

## ORDER AFFIRMING BANKRUPTCY COURT

For the reasons stated by the Bankruptcy Court, this Court hereby AFFIRMS the decision of the Bankruptcy Court in the above-styled appeal.

SIGNED and ENTERED this 28th day of June, 2005.

_____
Janis Graham Jack
United States District Judge