IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
|     EnRe L.P., | § | Bankr. Cause No. 02-21354-C11 |
| | § | |
|         Debtor. | § | |
| | § | |
| BENGAL ENERGY, L.P., | § | |
| | § | |
|     Appellant, | § | |
| | § | |
| v. | § | Civil No. 04-557 |
| | § | |
| REORGANIZED ENRE and | § | |
| FOREST OIL CORPORATION, | § | |
| | § | |
|     Appellees. | § | |

### FINAL JUDGMENT

In accordance with the Court's Order Affirming Bankruptcy Court, the Court enters final judgment in the above-styled consolidated action in favor of Appellee and against Appellants.

SIGNED and ENTERED this 28th day of June, 2005.

_____
Janis Graham Jack
United States District Judge