IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BENGAL ENERGY LP, | § | |
| | § | |
| Appellant, | § | Civil Action |
| | § | No. C-04-557 |
| v. | § | |
| | § | |
| EN RE, LP; FOREST OIL CORP., | § | |
| | § | |
| Appellees. | § | |

## ORDER

On January 5, 2007, the United States Court of Appeals for the Fifth Circuit issued an order in the above-styled action. That order was filed with this Court on February 12, 2007 (D.E. 30). In its order, the Fifth Circuit reversed this Court's affirmation of the decision of the United States Bankruptcy Court for the Southern District of Texas as to the determination that Forest Oil "was permitted a reduction in the amount of $119,045.76 as a post-closing expense adjustment to the carry for the Go-Man-Go delay rentals". (D.E. 30, ¶ 5). Accordingly, this Court hereby REMANDS this case to the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division, to the Hon. Richard S. Schmidt, for further proceedings consistent with the above-referenced order of the Fifth Circuit.

SIGNED and ENTERED this 20th day of February, 2007.

_____
Janis Graham Jack
United States District Judge